**Pioneer Trust and Savings Bank, not Individually but as Trustee, Appellee, v. Western Tire Auto Stores, Inc., Appellant.**

Gen. No. 43,271.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. Freeman & Freeman, for appellant; Earl Freeman, of counsel; Henry Pollenz, for appellee; S. B. Rosenzweig, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.